VICTORIA MOREWOOD, Respondent, v. LOUISE GARD, Appellant, et al., Defendant.— The orders appealed from are unanimously modified, without costs, to provide for the examination of the defendant-appellant as to the acquisition by the parties of the property in question, the terms thereof and payment therefor by plaintiff; plaintiff's possession of the property described in paragraph 6 of the complaint, and the deeding of the said property to the defendant Gard by the defendant Jaccod; all relevant books and records for use pursuant to the provisions of section 296 of the Civil Practice Act shall be produced upon the examination. Settle order. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

■

SUSAN GOLDNER, Respondent, v. HANUS GOLDNER, Appellant.— Motion for leave to appeal to the Court of Appeals and for reconsideration of motion of January 4, 1955, denied. Present — Callahan, J. P., Bastow, Botein and Bergan, JJ. [See 284 App. Div. 961; *ante*, p. 807.]

■

In the Matter of MAURICE BRANDON, an Alleged Mentally Ill Person, Appellant. CITY OF NEW YORK, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Callahan, J. P., Bastow, Botein and Bergan, JJ. [See 284 App. Div. 957.]

■

FRANCIS J. MULLIGAN, Public Administrator of the County of New York, as Administrator of the Estates of ALBERT ANDERSEN and Others, Deceased, v. BETHLEHEM STEEL Co. et al.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

■

In the Matter of the Dissolution of 3260 PERRY AVE. REALTY CORP. ALEXANDER DE BURR; JULIUS DE BURR.— Motion for resettlement denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante*, p. 71.]

■

In the Matter of SECOND AVENUE ROUMANIAN KRETCHMA, INC. MILDRED NEMETH, as Administratrix of the Estate of SAMUEL LUPOWITZ, Deceased; LOUIS ANZELOWITZ.— Motion dismissed as academic in view of the decision of this court in *Matter of Second Ave. Roumanian Kretchma* (*ante*, p. 877) decided herewith. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

## (February 17, 1955.)

(Republished.)

■

JACOB GOODMAN & CO., INC., Appellant, v. NEW YORK TELEPHONE COMPANY et al., Respondents.— Orders unanimously affirmed, without costs. See *Goodman & Co.* v. *New York Tel. Co.* (*ante*, p. 404) decided simultaneously herewith. Present — Cohn, J. P., Callahan, Breitel and Botein, JJ. [See *ante*, p. 879, *post*, pp. 943–944.]